IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              : Chapter 7
    ALLEN R. CHACHA           :
                              :
                              :
                              :
            Debtor            : Bankruptcy No. 24-14219- PMM

### STIPULATION TO EXTEND TIME TO FILE TRUSTEE'S COMPLAINT OBJECTING TO DISCHARGE AND TIME TO MOVE FOR DISMISSAL (OR CONVERSION) AND AS TO EXEMPTIONS

AND NOW, this 16th of January 2025, it is hereby agreed and stipulated between the Trustee, Robert H. Holber, Esquire, Chapter 7 Trustee, and Counsel for Debtor, Brad J. Sadek, Esquire, as follows:

#### EXTENSION OF TIME

1. The current deadline for Trustee and any party in interest to file a Complaint Objecting to Discharge and Time to Move for Dismissal (or Conversion) is March 3, 2025.

2. The parties hereby agree, that the Trustee, and any parties in interest including the U.S. Trustee shall have until, July 3, 2025, to file a Complaint Objecting to Discharge and/or filing a Motion to Dismiss (or Convert) pursuant to 11 U.S.C. Section 707(b). Debtor's attorney certifies that he has specific authority from the Debtor to enter into this Stipulation.

#### EXEMPTION

3. The parties agree that Debtor shall remit the sum of Nineteen Thousand Seven Hundred Sixty One Dollars ($19,761.00) to the Chapter 7 Trustee by April 16, 2025.

4. The parties agree that Debtor shall not claim an exemption as to the funds to be remitted pursuant to Paragraph 3 of this Stipulation.

_____  _____
Robert H. Holber                 Brad J. Sadek, Esquire
Chapter 7 Trustee                Counsel for Debtor