IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                           :Chapter 7
    ALLEN R. CHACHA                              :
                              Debtor       :Bankruptcy No. 24-14219- PMM

### ORDER

AND NOW, this 21st day of January, 2025, IT IS HEREBY ORDERED that the above Stipulation is approved and made an Order of this Court with full force and effect thereof.

*Patricia M. Mayer*
Patricia M. Mayer
United States Bankruptcy Judge