## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

Allen R. Chacha,

*Debtor.*

Case No. 24-14219-pmm
Chapter 7

### Motion to Withdraw as Attorney for Debtor

**AND NOW**, Movant Brad J. Sadek moves this Court for an order under Local Bankr. R. 9091-1 withdrawing his appearance as attorney for Debtor Allen R. Chacha, and states as follows:

1.  The Movant is and has been attorney for the Debtor since this case was filed under chapter 7 on November 25, 2024.

2.  The Movant wishes to withdraw his appearance as attorney for the Debtor.

3.  Grounds for relief exist under Pa. R. Prof'l. Cond. 1.16(b)(3), (6), and (7), but stating particular facts in support of this Motion may be inconsistent with Pa. R. Prof'l. Cond. 1.6.

For those reasons, the Movant requests that the Court enter relief in the form of order attached, and further in his favor if necessary and proper under the law.

Date: March 20, 2025

**SADEK LAW OFFICES, LLC**

By: */s/ Brad J. Sadek*

Brad J. Sadek
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
215-545-0008
brad@sadeklaw.com

*Attorney for Debtor*