UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| Allen R. Chacha, | Case No. 24-14219-pmm |
| --- | --- |
| *Debtor*. | Chapter 7 |

## ORDER

**AND NOW**, upon consideration of the Motion to Withdraw as Attorney for Debtor filed by Brad J. Sadek, after notice and hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. Brad J. Sadek's appearance as attorney for Debtor Allen R. Chacha is **WITHDRAWN**.

Date:**April 16, 2025**

_____
Patricia M. Mayer
U.S. Bankruptcy Judge