Address Change:

Case #: 2414219    Allen Chacha

New address: 1514 Hemlock Street, Apt A

Norfolk, VA 23502

AUG 28 2025