IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| ALLEN R. CHACHA, | BANKR. NO. 24-14219-PMM |
| DEBTOR. | |
| ANDREW R. VARA, UNITED STATES TRUSTEE | ADVERSARY NO. 25-00163-PMM |
| PLAINTIFF, | |
| v. | |
| ALLEN R. CHACHA | |
| DEFENDANT. | |

**ORDER OF COURT FOR ENTRY OF DEFAULT JUDGMENT**

**AND NOW**, this <u>31st</u> day of <u>July</u>, 2025, it appearing of record that Plaintiff Andrew R. Vara, United States Trustee, has moved for a default judgment by reason of the failure of the Defendant, Allen R. Chacha, to answer or otherwise defend against the properly and timely served *Complaint Of The United States Trustee Objecting To The Granting Of Debtor's Discharge* (Adv. Docket No. 1) (the "Complaint"), it is hereby ORDERED as follows:

The relief requested by the Plaintiff, the United States Trustee, in his Complaint is GRANTED and judgment by default is entered against the Defendant in accordance with Fed. R. Civ. P. 55, which is incorporated herein by Fed. R. Bankr. P. 7055.

[INTENTIONALLY LEFT BLANK]

It is further ORDERED that the Defendant, Allen R. Chacha, is DENIED a discharge from his debts pursuant to 11 U.S.C. § 727(a),

It is further ORDERED that a copy of the judgment be served by mail on the Defendant.

BY THE COURT:

*Patricia M. Mayer*

**Date: July 31, 2025**

HONORABLE Patricia M. Mayer
United States Bankruptcy Judge