IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| ALLEN R. CHACHA | : | BANKRUPTCY NO. 24-14219 (PMM) |
| | : | |
| Debtor | : | |
| | : | |

## ORDER

**AND NOW**, upon consideration of the Motion of Robert H. Holber, Chapter 7 Trustee (the "Trustee"), for Entry of an Order (I) Finding Debtor in Contempt of the Court Order dated January 21, 2025 (the "1/21/2025 Order") [D.I. 12] and (II) Granting Related Relief (the "Motion"), and after notice and hearing; it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor is found in civil contempt of the 1/21/2025 Order.

3. Within ten (10) days after the entry of this Order, the Debtor shall comply with the terms of the 1/21/2025 Order and pay the sum of $19,761.00 to the Trustee.

4. If the Debtor does not comply with the terms of the 1/21/2025 Order and pay the sum of $19,761.00 to the Trustee within ten (10) days after the entry of this Order, the Debtor shall be sanctioned the sum of $100.00 per day for each day that he is not in compliance with the terms of the 1/21/2025 Order.

5. This Court shall retain jurisdiction to interpret and enforce the terms of this Order.

**BY THE COURT:**

Dated: _____     _____
PATRICIA M. MAYER,
UNITED STATES BANKRUPTCY JUDGE